UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:03CR25 (PCD) |
| MELANIE A. MILLER | : | May 31, 2006 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    CHRISTINE SCIARRINO
    ATTORNEY BAR NO: CT03393
    ATTORNEY FOR THE DEPARTMENT OF JUSTICE
    UNITED STATES ATTORNEY'S OFFICE
    157 CHURCH STREET, 23RD FLOOR
    NEW HAVEN, CT 06510
    TELEPHONE: (203) 821-3700
    FAX: (203) 773-5392
    E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>Certification</u>

      This is to certify that a copy of the foregoing was mailed postage prepaid on this 31st day of May, 2006 to:

Melanie A. Miller
Redding, Connecticut

_____
Christine Sciarrino