**FINANCIAL AFFIDAVIT** (please type or print)

### SECTION I. PERSONAL DATA

___ Mr.   ___ Mrs.   ___ Ms.   ___ Miss.

_____
last name          first          middle initial          social security          date of birth

_____
**complete address** (including city/state/zip code)                home phone          work phone

Martial status (please check)                                        License No.

___ single     ___ married     ___ widowed     ___ divorced     ___ separated

_____
name of spouse          social security number                date of birth

_____
age(s) of dependents (if older than 21 please list dependant's name and reason for dependency)

### SECTION II. HISTORY OF EMPLOYMENT

_____
name/address of current employer          occupation          years/months employed

**SPOUSE EMPLOYMENT**

_____
name/address of current employer          occupation          years/months employed

| AVERAGE MONTHLY INCOME | HUSBAND | WIFE | MONTHLY EXPENSES | AMOUNT |
|---|---|---|---|---|
| MONTHLY GROSS SALARY (before payroll deductions) | $ | $ | RENT/ MORTGAGE PAYMENT | |
| DEDUCTIONS | | | FOOD | |
| FEDERAL/STATE/LOCAL INCOME TAXES | | | UTILITIES/HEAT | |
| RETIREMENT | | | TELEPHONE | |
| SOCIAL SECURITY | | | INSURANCE | |
| OTHER (SPECIFY) | | | CLOTHING | |
| TOTAL DEDUCTIONS | $ | | MEDICAL (NON REIMBURSABLE) | |
| NET TAKE HOME PAY | $_____ | $_____ | AUTO REPAIR/ OTHER LIVING EXPENSES | |

Combined monthly income:          How much of the balance can you apply
                                  to your debt to the U.S. on a monthly basis? $_____

                                  If total monthly expenses exceed monthly income,
                                  how do you pay the difference?
Total monthly expenses:

**"Exhibit A"**

**SECTION III ASSETS**

NAME/ADDRESS OF BANK INSTITUTION:

Do you own: (please circle)

1. U.S. savings bonds?     Yes    No

bank account balance:  $_____   $_____   _____
                              checking     savings     other

2. stocks and other bonds?   Yes    No

3. Do you own any property?  Yes    No
   (if not continue)
   complete address of property:

cash value of furniture
and household goods: $_____

(current value) $_____

automobile(s): (estimate value of each vehicle)

    make      year      model

trailer/boats/campers (resale value):$_____

1.

2.

**SECTION IV. INSTALLMENT CONTRACTS/OTHER DEBTS**

  **\*\*Show here all debts which you are required to pay in regular monthly installments.  Do not include living expenses.\*\***

| NAME OF CREDITOR | PURPOSE OF DEBT | ORIGINAL AMOUNT OF DEBT | UNPAID BALANCE | AMOUNT DUE MONTHLY | AMOUNT PAST DUE |
|---|---|---|---|---|---|
|  |  | $ | $ |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**\*\*NOTE:  IF REPAYMENT OF DEBT IS NOT ON A MONTHLY BASIS, PLEASE EXPLAIN WHEN PAYMENT IS DUE\*\***

Have you ever been in bankruptcy?     If yes, date discharged     location of court (city/state)      docket number

Are you currently in the military? _____ yes  _____ no

If applicable, what is your present unit assigned? _____     total years active duty _____

\*\*\*PLEASE USE ADDITIONAL SHEETS, IF NECESSARY TO SUPPLY ANY OTHER PERTINENT INFORMATION ABOUT YOUR FINANCIAL STATUS.\*\*\*

**With knowledge of the penalties for false statements provided by 18 U.S.C. § 1001, $250,000 fine and five years imprisonment and with knowledge that this financial statement is submitted by me to affect action by the Department of Justice, I certify that I believe the above statement is true and that it is a complete statement of all income and assets, real and personal, whether held in my name or be any other.**

**I hereby certify that this financial statement is made to affect action by the Department of Justice regarding a debt of <u>$24,004.10</u> as of October 16, 2006, which I acknowledge is due and owing to the United States.**

_____
signature of debtor                                                             date signed