UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : |
| VS. | :   CASE NO. 3:03CR25 (PCD) |
| | : |
| MELANIE A. MILLER | : |

ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Margolis for the following purposes:

____   All purposes except trial, unless the parties consent to trial before the magistrate judge

____   A ruling on all pretrial motions except dispositive motions

____   To supervise discovery and resolve discovery disputes

_X_   A ruling on the following motions which are currently pending:

      Doc. No. 6:   Motion for Examination of Judgment Debtor and for a Hearing on Defendant's Ability to Pay the Judgment

____   A settlement conference

____   A conference to discuss the following:

____   Other:

                /s/
      Peter C. Dorsey, U.S. District Judge
      Dated:  October 19, 2006