UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : DOCKET NO: 3:03CR25 (PCD) |
| Melanie A. Miller, | : |

### O R D E R

Plaintiff having filed a Motion to Examine Judgment Debtor and for a hearing on defendant's ability to pay the judgment rendered against defendant, it is hereby:

ORDERED that the defendant, Melanie A. Miller, appear before the District Court in Room Number  5  at 141 Church Street, New Haven Connecticut on the  8th  day of  January , 2007, at 9:30 o'clock in the  fore  noon, and then and there be examined under oath concerning her assets and her ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment. It is further ORDERED that defendant bring with her and produce at the hearing all documents sought by plaintiff's Request for Production served on or about August 31, 2006, as well as a completed copy of the financial statement attached hereto as Exhibit "A" to facilitate the Court's examination of the defendant.

The defendant is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject the defendant to being held in Contempt of Court and having a <u>Capias</u> issued for the arrest of the defendant.

Dated this 24th day of Nov., 2006, at New Haven, Connecticut.

                                                                    _____
                                                                    ~~PETER C. DORSEY~~ JOAN G. MARGOLIS
                                                                    UNITED STATES DISTRICT JUDGE

**FINANCIAL AFFIDAVIT**(please type or print)

**SECTION I. PERSONAL DATA**

_____ Mr.    _____ Mrs.    _____ Ms.    _____ Miss.

---
last name          first          middle initial                social security          date of birth

---
**complete address** (including city/state/zip code)            home phone          work phone

---
Martial status (please check)                      License No.

____ single        ____ married        ____ widowed        ____ divorced        ____ separated

---
name of spouse              social security number                date of birth

---
age(s) of dependents (if older than 21 please list dependant's name and reason for dependency)

**SECTION II. HISTORY OF EMPLOYMENT**

---
name/address of current employer          occupation              years/months employed

**SPOUSE EMPLOYMENT**

---
name/address of current employer          occupation              years/months employed

| AVERAGE MONTHLY INCOME | HUSBAND | WIFE | MONTHLY EXPENSES | AMOUNT |
|---|---|---|---|---|
| MONTHLY GROSS SALARY (before payroll deductions) | $ | $ | RENT/ MORTGAGE PAYMENT | |
| DEDUCTIONS | | | FOOD | |
| FEDERAL/STATE/LOCAL INCOME TAXES | | | UTILITIES/HEAT | |
| RETIREMENT | | | TELEPHONE | |
| SOCIAL SECURITY | | | INSURANCE | |
| OTHER (SPECIFY) | | | CLOTHING | |
| TOTAL DEDUCTIONS | $ | | MEDICAL (NON REIMBURSABLE) | |
| NET TAKE HOME PAY | $_____ | $_____ | AUTO REPAIR/ OTHER LIVING EXPENSES | |

Combined monthly income:                How much of the balance can you apply
                                        to your debt to the U.S. on a monthly basis? $_____

                                        If total monthly expenses exceed monthly income,
                                        how do you pay the difference?
Total monthly expenses:

"Exhibit A"

## SECTION III ASSETS

NAME/ADDRESS OF BANK INSTITUTION:

Do you own: (please circle)

1. U.S. savings bonds?    Yes    No

bank account balance: $_____  $_____  _____
                          checking     savings    other

2. stocks and other bonds?    Yes    No

3. Do you own any property?    Yes    No
(if not continue)
complete address of property:

cash value of furniture
and household goods: $_____

(current value) $_____

automobile(s): (estimate value of each vehicle)

   make     year     model

trailer/boats/campers (resale value): $_____

1.

2.

### SECTION IV. INSTALLMENT CONTRACTS/OTHER DEBTS
**Show here all debts which you are required to pay in regular monthly installments. Do not include living expenses.**

| NAME OF CREDITOR | PURPOSE OF DEBT | ORIGINAL AMOUNT OF DEBT | UNPAID BALANCE | AMOUNT DUE MONTHLY | AMOUNT PAST DUE |
|---|---|---|---|---|---|
|  |  | $ | $ |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**NOTE: IF REPAYMENT OF DEBT IS NOT ON A MONTHLY BASIS, PLEASE EXPLAIN WHEN PAYMENT IS DUE**

_____
Have you ever been in bankruptcy?    If yes, date discharged    location of court (city/state)    docket number

Are you currently in the military? _____ yes    _____ no

If applicable, what is your present unit assigned?    total years active duty_____

***PLEASE USE ADDITIONAL SHEETS, IF NECESSARY TO SUPPLY ANY OTHER PERTINENT INFORMATION ABOUT YOUR FINANCIAL STATUS.***

With knowledge of the penalties for false statements provided by 18 U.S.C. § 1001, $250,000 fine and five years imprisonment and with knowledge that this financial statement is submitted by me to affect action by the Department of Justice, I certify that I believe the above statement is true and that it is a complete statement of all income and assets, real and personal, whether held in my name or be any other.

I hereby certify that this financial statement is made to affect action by the Department of Justice regarding a debt of $24,004.10 as of October 16, 2006, which I acknowledge is due and owing to the United States.

_____    _____
signature of debtor                                                date signed