UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Docket No. 3:03CR25 (PCD) |
| : | |
| MELANIE MILLER : | |

<u>POST-JUDGMENT STIPULATION</u>

Whereas, on April 23, 2001 criminal judgment was entered against the defendant, Melanie Miller, in which she was ordered to pay restitution in the amount of $28,486.13, plus interest at a rate of 3.9% per annum; and

Whereas, the Government and the defendant, Melanie Miller, now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by the Government and Melanie Miller and ORDERED by this Court that:

1. Melanie Miller shall make monthly payments of at least $440.00 by the **25th** day of each and every month commencing on **November 25, 2006,** until the amount of the judgment is paid in full.


2. Payments shall be made payable to "Clerk, United States District Court" and mailed to: Clerk's Office, United Stated District Court, 141 Church Street, New Haven, Connecticut 06510. Checks must reference the above docket number.

3.  The current balance of Ms. Miller's criminal debt as of November 16, 2006 is $24,067.18.

4.  Melanie Miller agrees to complete a financial statement upon the Government's request.

5.  The amount of the monthly payment may be modified by the mutual agreement of the parties or on motion of either party after consideration of Melanie Miller's financial circumstances.

6.  Melanie Miller's failure to comply with the payment schedule set forth in Paragraph 1 above shall entitle to Government to declare the entire balance due immediately and shall further entitle the Government to collect upon this judgment in any manner provided by law, without notice.

7.  In addition to regular monthly payments, in accordance with Paragraph 1, the Government may submit the debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment to which Melanie Miller is entitled may be offset and applied to this debt.

8.  The Government further reserves the right to secure the amount of the judgment at any time by filing a lien on any property owned by the defendant.

9. Nothing in this agreement shall limit the right of the Government to utilize any collection remedy allowed by law to seize and liquidate any asset in which Melanie Miller has an ownership interest.